IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO SANTANA VARGAS,<br><br>  Plaintiff,<br><br>   v.<br><br>SANTANDER FINANCIAL SERVICES, INC., *et al.*,<br><br>  Defendants. | CIVIL NO. 15-1521(JAG) |

## JUDGMENT

Pursuant to this Court's Opinion and Order issued today, Docket No. 158, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's ADEA claims and DISMISSING WITHOUT PREJUDICE Plaintiff's state law claims. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, September 4, 2018.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE
