UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO SANTANA VARGAS<br><br>PLAINTIFF<br><br>v.<br><br>SANTANDER FINANCIAL SERVICES, INC. (FORMERLY KNOWN AS CREFISA, INC.); BANCO SANTANDER PUERTO RICO; JOHN DOE; JANE ROE, INSURANCE COMPANIES A, B, AND C<br><br>DEFENDANTS | CIVIL NO. 15-1521 (JAG) (CVR)<br><br>AGE DISCRIMINATION; WRONGFUL DISCHARGE; DAMAGES<br><br>FEDERAL QUESTION JURISDICTION<br><br>PLAINTIFF DEMANDS<br>TRIAL BY JURY |

## NOTICE OF APPEAL
## AND REQUEST FOR 30-DAY PERIOD TO SUBMIT APPELLATE BRIEF

TO THE HONORABLE COURT:

Notice is hereby given that the plaintiff, Antonio Santana Vargas, hereby appeals to the United States Court of Appeals for the First Circuit from:

1. The Opinion and Order issued in this action on September 4, 2018, granting Defendants' Motion for Summary Judgment (**Docket No. 158**); and

2. The Judgment entered on September 4, 2018 (**Docket No. 159**).

3. Appellant respectfully requests that at least 30 days are granted from this day forward to prepare and submit the appellate brief.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 2nd day of October 2018.

WE HEREBY CERTIFY that on this day, a true and exact copy of this Notice was filed with the Clerk of the Court using the Case Management - Electronic Case Filing System, which will send notification electronically to all counsel of record.



| | |
|---|---|
| P.O. Box 195343 | Citibank Towers, Suite 500 |
| San Juan, Puerto Rico | 252 Ponce de León Avenue |
| 00919-5343 | San Juan, Puerto Rico 00918 |

Tel. (787) 758-1400
Fax: (787) 758-1414
Cel. (787) 460-3456

www.laborcounsels.com
paula@laborcounsels.com
pico@laborcounsels.com

S/ CARLOS R. PAULA
Attorney for Plaintiff
USDCPR # 212009

S/ JAIME E. PICÓ-RODRÍGUEZ
Attorney for Plaintiff
USDCPR # 228113

2