# United States Court of Appeals
## For the First Circuit

No. 18-1990

ANTONIO SANTANA-VARGAS,

Plaintiff, Appellant,

v.

BANCO SANTANDER PUERTO RICO; SANTANDER FINANCIAL SERVICES, INC.,

Defendants, Appellees.

**JUDGMENT**

Entered: January 27, 2020

    This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment to the defendants and its dismissal without prejudice of the non-federal claims are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carlos Rafael Paula
Jaime E. Pico-Rodriguez
Joanna Bernice Matos-Hicks
Carlos E. George-Iguina
Alberto J. Bayouth-Montes